clearly against the law that a direction at the close of the case in defendant's favor would have been proper; and, the question having been presented to the jury in an unexceptionable charge, we find no legal ground for interfering with the verdict. The only exception taken was to the ruling excluding the conversation between the defendant's president and one Matthews. This we have examined, but do not regard the ruling as erroneous. The judgment should therefore be affirmed, with costs.

PYNE et al., Respondents, v. PHILLIPS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 16, 1897.) Action by Moses Taylor Pyne and others, as trustees, etc., against Hartwig I. Phillips and others (Daisy Strauss, impleaded). No opinion. Judgment and order affirmed, with costs. See 41 N. Y. Supp. 1129.

RADT, Respondent, v. ROSENFELD, Appellant. (City Court of New York, General Term. February 23, 1897.) Action by Max Radt against Louis Rosenfeld. Spiegelberg & Wise, for appellant. Hays & Greenbaum, for respondent.

VAN WYCK, C. J. The plaintiff's assignors are merchants of Antwerp, Belgium, and the action is for certain profits on purchases and sales of coffee made for them by defendant in New York. The orders for these purchases and sales were given by plaintiff's assignors to one Gigleux, at Antwerp, and by him transmitted by cable and mail to defendant here; and the main disputed fact at trial was whether Gigleux, at Antwerp, was the agent of plaintiff or defendant in receiving and transmitting these orders. The proof that he was the agent of defendant in these transactions was overwhelming, and the jury so found by returning the verdict for plaintiff. Careful examination of appellant's elaborate brief and the printed record fails to disclose any reversible error, and the judgment and order are affirmed, with costs.

RANDALL, Respondent, v. UNITED STATES LEATHER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by Nelson Randall against the United States Leather Company. No opinion. Judgment affirmed, with costs.

REEBER et al. v. MEYER. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by John J. Reeber and others against Charles H. Meyer. No opinion. Motion granted, with $10 costs.

REILLY v. ATLAS IRON CONST. CO. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Thomas Reilly against the Atlas Iron Construction Company. No opinion. Application denied.

REMETA, Appellant, v. GUGGENHEIM SMELTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by Michael Remeta against the Guggenheim Smelting Company. No opinion. Judgment unanimously affirmed, with costs.

REYNOLDS v. SMYTH et al. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Action by Martin Reynolds against Samuel Smyth and others. No opinion. Motion granted, with $10 costs.

RIDABOCK, Appellant, v. MANHATTAN RY. CO., et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by William S. Ridabock against the Manhattan Railway Company and the Metropolitan Elevated Railway Company. No opinion. Motion denied, with $10 costs. See 39 N. Y. Supp. 1131; 40 N. Y. Supp. 938.

ROSENTHAL, Respondent, v. BYARS, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1897.) Action by Harris Rosenthal against James G. Byars. J. B. Green, for appellant. D. P. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROTH v. LAKE ERIE ENGINEERING WORKS. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Fred H. Roth against the Lake Erie Engineering Works. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs. All concur, except WARD, J., not voting.

In re RUPPANER. (Supreme Court, Appellate Division, First Department. October 16, 1896.) No opinion. Motion to strike case from appeal papers denied, with $10 costs. Motion to dismiss appeal dismissed. See 41 N. Y. Supp. 212, 1130; 42 N. Y. Supp. 1133.

RUSSELL, Respondent, v. BRIGGS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December, 1896.) Action by Charles J. Russell against James E. Briggs, impleaded with another. No opinion. Judgment modified in accordance with memorandum filed with the clerk, and, as modified, judgment affirmed, without costs to either party. Judgment to be settled by Mr. Justice GREEN.

RUSSELL, Plaintiff, v. BRIGGS, Defendant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Charles J. Russell against James E. Briggs. No opinion. Motion denied, without costs.

RUSSELL, Respondent, v. BRIGGS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Charles J. Russell against James E. Briggs and another. No opinion. Judgment modified in accordance with memorandum filed with the clerk, and, as modified, judgment affirmed, without costs to either party. Judgment to be settled by Mr. Justice GREEN.